UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 17-cv-0942 (KBJ) |
| LTP GENERATIONS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER REGARDING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge Robin M. Meriweather's Report and Recommendation is **ADOPTED** as to its findings and conclusions. It is

**FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED IN PART**. Accordingly, it is

**FURTHER ORDERED** that Defendants are jointly and severally liable for the following damages to Plaintiffs, and therefore shall pay:

- $132,860.95 in damages as a result of unpaid contributions, interest, liquidated damages, testing fees, and supplemental contributions for the 2012 and 2013 calendar years;

- $283,755.34 in damages as a result of unpaid contributions, interest, liquidated damages, testing fees, and supplemental contributions for the period from January 2014 through April 2018;

Case 1:17-cv-00942-KBJ-RMM   Document 12-1   Filed 05/21/19   Page 2 of 2

- $6,550 in damages as a result of Plaintiffs' attorney's fees and costs.

It is

**FURTHER ORDERED** that Defendants shall file complete, proper, and timely remittance reports for the period from January 2014 through April 2017.  It is

**FURTHER ORDERED** that Defendants shall remit any additional, outstanding contributions found as a result of these reports, including resulting interest and liquidated damages, consistent with the analysis in this Court's opinion.

DATE:  March 29, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge